UNITED STATES of America, Plaintiff–Appellee,

v.

Kevin GLEASON, a.k.a. Seal G, a.k.a. Toby, Defendant–Appellant.

No. 14–50053.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Filed April 24, 2015.

Jean–Claude Andre, Assistant U.S., Bilal Essayli, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Holly A. Sullivan, Law Office of Holly A. Sullivan, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Kevin Gleason appeals from the district court's judgment and challenges the 16–month sentence imposed upon revocation of supervised release. We dismiss.

Gleason contends that his sentence is procedurally and substantively unreasonable. Because Gleason has been released from custody and is not subject to an

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

additional term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.